July 24, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

APRIL DUPREE ADESHILE, Appellant

NO. 14-12-00980-CV                    V.

METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS,
Appellee

_____

This court today heard a motion for rehearing filed by appellant, April Dupree Adeshile. We grant the motion for rehearing and order that this court's former judgment of January 16, 2014 be vacated, set aside, and annulled. We further order this court's Memorandum Opinion of January 16, 2014 withdrawn.

This cause, an appeal from the judgment in favor of appellee, Metropolitan Transit Authority of Harris County, Texas, signed August 10, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, April Dupree Adeshile, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.